Submitted on record and briefs March 1, reversed and remanded March 15, 1976

JULIAN ALONZO, *Petitioner,*

*v.*

BOARD OF PAROLE, *Respondent.*

(No. CA-5431)

546 P2d 478

■■■■■■■■■■■■■■■

Gary D. Babcock, Public Defender, and Robert C. Cannon, Deputy Public Defender, Salem, filed the brief for petitioner.

W. Michael Gillette, Solicitor General, Salem, appeared for respondent.

Before Schwab, Chief Judge, and Langtry and Foley, Judges.

■■■■■■■■■■■

PER CURIAM.

In this parole revocation proceeding the state concedes that the petitioner was not allowed to respond to all material considered by the Board and agrees that the Board should hold a further hearing for that purpose.

Reversed and remanded.